Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IALANA BUTLER,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INC.; and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No.<br><br>5:20-cv-02133-JWH-SHKx<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice. Each party shall bear their own costs and attorney fees.

Respectfully submitted April 14, 2021

By: s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

By: /s/ Jeffrey S. Renzi
Jeffrey S. Renzi
Southern California Edison Co.
Attorneys for Defendant SCE

JONES DAY
By: /s/ Katherine A. Neben
Katherine A. Neben
Attorneys for Defendant Experian

SEYFARTH SHAW LLP
By: /s/ Erica D. Hendricks
Erica D. Hendricks
Attorneys for Defendant Equifax

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: April 14, 2021

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on April 14, 2021 with:

United States District Court CM/ECF system

Notification sent electronically on April 14, 2021 to:

To the Honorable Court, all parties and their Counsel of Record

                     s/ Todd M. Friedman, Esq
                        Todd M. Friedman